# EXHIBIT A

**Vendor/Payee Information:**
Sony Electronics, Inc.

| Check # | Clear Date | Check Amt | Invoice # | Inv Date | Inv Amt | Amt Paid |
|---|---|---|---|---|---|---|
| 36763 | 10/28/2010 | $8,426.88 | 1906093514 | 10/13/2010 | $8,512.00 | $8,426.88 |
| 36764 | 10/28/2010 | $1,037,499.15 | 001-10295 | 10/27/2010 | -$40,000.00 | -$40,000.00 |
| | | | 001-10305 | 10/27/2010 | -$9,557.82 | -$9,557.82 |
| | | | 001-10306 | 10/27/2010 | -$1,400.00 | -$1,400.00 |
| | | | 001-10310 | 10/27/2010 | -$23,557.72 | -$23,557.72 |
| | | | 001-10311 | 10/27/2010 | -$1,950.00 | -$1,950.00 |
| | | | 001-10312 | 10/27/2010 | -$4,485.00 | -$4,485.00 |
| | | | 001-10317 | 10/27/2010 | -$20,738.17 | -$20,738.17 |
| | | | 001-10319 | 10/27/2010 | -$12,578.89 | -$12,578.89 |
| | | | 001-10321 | 10/27/2010 | -$2,719.76 | -$2,719.76 |
| | | | 001-10322 | 10/27/2010 | -$15,028.00 | -$15,028.00 |
| | | | 1905954738DM-PB | 09/09/2010 | $1,446.70 | $1,417.77 |
| | | | 1906018055 | 09/24/2010 | $56,156.16 | $55,033.04 |
| | | | 1906027429 | 09/28/2010 | $465,896.60 | $456,578.67 |
| | | | 1906027431 | 09/28/2010 | $223,990.00 | $219,510.20 |
| | | | 1906027432 | 09/28/2010 | $45,496.50 | $44,586.57 |
| | | | 1906027434 | 09/28/2010 | $89,596.00 | $87,804.08 |
| | | | 1906029451 | 09/28/2010 | $301,580.80 | $295,549.18 |
| | | | 1906032168 | 09/29/2010 | $96,518.25 | $94,587.88 |
| | | | 1906033353 | 09/29/2010 | $60,835.84 | $59,619.12 |
| | | | 2000395147 | 10/26/2010 | -$17,500.00 | -$17,500.00 |
| | | | 2000395148 | 10/26/2010 | -$30,000.00 | -$30,000.00 |
| | | | 2000395149 | 10/26/2010 | -$51,172.00 | -$51,172.00 |
| | | | 2000395150 | 10/26/2010 | -$15,000.00 | -$15,000.00 |
| | | | 2000395151 | 10/26/2010 | -$15,000.00 | -$15,000.00 |
| | | | 2000395152 | 10/26/2010 | -$15,000.00 | -$15,000.00 |
| | | | SONYHA-704-9281 | 10/27/2010 | -$1,500.00 | -$1,500.00 |
| 36907 | 11/01/2010 | $121,973.80 | 1906035769 | 09/30/2010 | $121,923.00 | $119,484.54 |
| | | | 1906044890 | 10/04/2010 | $2,540.06 | $2,489.26 |
| 36963 | 11/02/2010 | $61,562.65 | 1906102532 | 10/15/2010 | $62,184.50 | $61,562.65 |
| 36964 | 11/02/2010 | $1,009,768.58 | 1906051370 | 10/05/2010 | $343,987.05 | $337,107.31 |
| | | | 1906051371 | 10/05/2010 | $34,167.16 | $33,483.82 |
| | | | 1906056980 | 10/06/2010 | $218,386.00 | $214,018.28 |
| | | | 1906056981 | 10/06/2010 | $6,172.80 | $6,049.34 |
| | | | 1906056982 | 10/06/2010 | $45,043.95 | $44,143.07 |
| | | | 1906059432 | 10/06/2010 | $814.24 | $797.96 |
| | | | 1906059433 | 10/06/2010 | $410.16 | $401.96 |
| | | | 1906059434 | 10/06/2010 | $4,067.10 | $3,985.76 |
| | | | 1906059435 | 10/06/2010 | $1,532.40 | $1,501.75 |
| | | | 1906059436 | 10/06/2010 | $25,529.41 | $25,018.82 |
| | | | 1906059437 | 10/06/2010 | $1,446.70 | $1,417.77 |
| | | | 1906059438 | 10/06/2010 | $4,179.20 | $4,095.62 |
| | | | 1906059439 | 10/06/2010 | $90,235.80 | $88,431.08 |
| | | | 1906059440 | 10/06/2010 | $95,201.75 | $93,297.71 |
| | | | 1906059441 | 10/06/2010 | $63,501.60 | $62,231.57 |
| | | | 1906059442 | 10/06/2010 | $1,028.80 | $1,008.22 |
| | | | 1906059443 | 10/06/2010 | $4,702.50 | $4,608.45 |
| | | | 1906062915 | 10/07/2010 | $535.04 | $524.34 |

| Check # | Clear Date | Check Amt | Invoice # | Inv Date | Inv Amt | Amt Paid |
|---|---|---|---|---|---|---|
| | | | 1906064520 | 10/07/2010 | $26,193.45 | $25,669.58 |
| | | | 1906064521 | 10/07/2010 | $42,702.80 | $41,848.74 |
| | | | 1906064521DM | 10/07/2010 | -$2,500.40 | -$2,450.39 |
| | | | 1906064522 | 10/07/2010 | $16,944.00 | $16,605.12 |
| | | | 1906064522DM | 10/07/2010 | -$1,270.80 | -$1,245.38 |
| | | | 1906069360 | 10/07/2010 | $13,374.40 | $13,106.91 |
| | | | SONYDSC-PP-9897 | 11/01/2010 | -$5,888.83 | -$5,888.83 |
| 37114 | 11/04/2010 | $97,443.72 | 1906120750 | 10/19/2010 | $4,048.00 | $4,007.52 |
| | | | 1906120751 | 10/19/2010 | $4,048.00 | $4,007.52 |
| | | | 1906120752 | 10/19/2010 | $6,072.00 | $6,011.28 |
| | | | 1906120753 | 10/19/2010 | $10,120.00 | $10,018.80 |
| | | | 1906125175 | 10/19/2010 | $4,130.00 | $4,088.70 |
| | | | 1906125177 | 10/19/2010 | $1,180.00 | $1,168.20 |
| | | | 1906125178 | 10/19/2010 | $4,130.00 | $4,088.70 |
| | | | 1906128184 | 10/20/2010 | $64,700.00 | $64,053.00 |
| 37289 | 11/08/2010 | $167,467.66 | 1906076824 | 10/11/2010 | $89,596.00 | $87,804.08 |
| | | | 1906076825 | 10/11/2010 | $44,993.40 | $44,093.53 |
| | | | 1906076826 | 10/11/2010 | $63,045.15 | $61,784.25 |
| | | | 1906076827 | 10/11/2010 | $7,253.48 | $7,108.41 |
| | | | 1906076828 | 10/11/2010 | $884.10 | $866.42 |
| | | | 1906079830 | 10/11/2010 | $6,518.80 | $6,388.42 |
| | | | 1906079831 | 10/11/2010 | $1,083.77 | $1,062.09 |
| | | | 60761808 | 11/05/2010 | -$1,014.24 | -$1,014.24 |
| | | | SONY09DSC-PP-8728 | 11/05/2010 | -$649.80 | -$649.80 |
| | | | SONYDSC-704-9911 | 11/05/2010 | -$408.00 | -$408.00 |
| | | | SONYDSC-704-9913 | 11/05/2010 | -$1,104.00 | -$1,104.00 |
| | | | SONYDVC-704-9914 | 11/05/2010 | -$1,350.00 | -$1,350.00 |
| | | | SONYHA-704-9531 | 11/05/2010 | -$425.00 | -$425.00 |
| | | | SONYHA-704-9677 | 11/05/2010 | -$425.00 | -$425.00 |
| | | | SONYHA-704-9947 | 11/05/2010 | -$3,997.50 | -$3,997.50 |
| | | | SONYHA-704-9948 | 11/05/2010 | -$1,755.00 | -$1,755.00 |
| | | | SONYHV-704-9946 | 11/05/2010 | -$17,394.00 | -$17,394.00 |
| | | | SONYTV-704-9679 | 11/05/2010 | -$13,117.00 | -$13,117.00 |
| 37355 | 11/09/2010 | $5,731.11 | 1906151882 | 10/23/2010 | $2,024.00 | $2,003.76 |
| | | | 1906159136 | 10/25/2010 | $3,765.00 | $3,727.35 |
| 37356 | 11/09/2010 | $1,235,942.94 | 1906082624 | 10/12/2010 | $4,721.50 | $4,627.07 |
| | | | 1906089567 | 10/13/2010 | $1,078.09 | $1,056.53 |
| | | | 1906089568 | 10/13/2010 | $3,399.98 | $3,331.98 |
| | | | 1906090660 | 10/13/2010 | $40,754.05 | $39,938.97 |
| | | | 1906093513 | 10/13/2010 | $5,830.94 | $5,714.32 |
| | | | 1906097367 | 10/14/2010 | $369,582.00 | $362,190.36 |
| | | | 1906099605 | 10/14/2010 | $3,780.00 | $3,704.40 |
| | | | 1906099606 | 10/14/2010 | $14,948.85 | $14,649.87 |
| | | | 1906099607 | 10/14/2010 | $47,626.20 | $46,673.68 |
| | | | 1906099608 | 10/14/2010 | $44,807.50 | $43,911.35 |
| | | | 1906099609 | 10/14/2010 | $1,754.00 | $1,718.92 |
| | | | 1906102531 | 10/15/2010 | $32,394.18 | $31,746.30 |
| | | | 1906103559 | 10/15/2010 | $42,247.50 | $41,402.55 |
| | | | 1906103560 | 10/15/2010 | $248,200.00 | $243,236.00 |
| | | | 1906103561 | 10/15/2010 | $186,150.00 | $182,427.00 |

| Check # | Clear Date | Check Amt | Invoice # | Inv Date | Inv Amt | Amt Paid |
|---|---|---|---|---|---|---|
| | | | 1906103562 | 10/15/2010 | $186,150.00 | $182,427.00 |
| | | | 1906106189 | 10/15/2010 | $5,103.00 | $5,000.94 |
| | | | 1906106190 | 10/15/2010 | $1,822.52 | $1,786.07 |
| | | | 1906106191 | 10/15/2010 | $7,379.15 | $7,231.57 |
| | | | 1906106192 | 10/15/2010 | $13,436.80 | $13,168.06 |
| 38004 | 11/22/2010 | $508,108.66 | 001-10362 | 11/17/2010 | -$11,555.00 | -$1,146.49 |
| | | | 001-10364 | 11/19/2010 | -$21,387.93 | -$21,387.93 |
| | | | 1906159137 | 10/25/2010 | $592,613.60 | $580,761.33 |
| | | | 1906159138 | 10/25/2010 | $47,998.00 | $47,038.04 |
| | | | 1906159139 | 10/25/2010 | $26,095.80 | $25,573.88 |
| | | | 1906159140 | 10/25/2010 | $194,988.00 | $191,088.24 |
| | | | 1906159141 | 10/25/2010 | $27,623.30 | $27,070.83 |
| | | | 2000391775 | 10/26/2010 | -$1,000.00 | -$1,000.00 |
| | | | SONY09DSC-PP-8728RI | 11/18/2010 | $649.80 | $649.80 |
| | | | SONY-704-5074REPAY | 11/17/2010 | $975.00 | $975.00 |
| | | | SONY-704-6439REPAY | 11/17/2010 | $1,630.00 | $1,630.00 |
| | | | SONY-704-6992REPAY | 11/18/2010 | $1,040.00 | $1,040.00 |
| | | | SONY-704-9036REPAY | 11/18/2010 | $655.20 | $655.20 |
| | | | SONYDSC-704-10084 | 11/19/2010 | -$120.00 | -$120.00 |
| | | | SONYDSC-704-10085 | 11/19/2010 | -$632.00 | -$632.00 |
| | | | SONYDSC-704-10141 | 11/19/2010 | -$144.00 | -$144.00 |
| | | | SONYDSC-704-9985 | 11/19/2010 | -$536.00 | -$536.00 |
| | | | SONYDSC-PP-9668REP | 11/18/2010 | $5,444.16 | $5,444.16 |
| | | | SONYDVC-704-10089 | 11/19/2010 | -$320.00 | -$320.00 |
| | | | SONYDVC-704-10137 | 11/19/2010 | -$552.00 | -$552.00 |
| | | | SONYDVC-PP-10105RE | 11/18/2010 | $14,420.91 | $14,420.91 |
| | | | SONYHA-704-10055 | 11/19/2010 | -$7,429.50 | -$7,429.50 |
| | | | SONYHV-704-10013 | 11/19/2010 | -$20,494.50 | -$20,494.50 |
| | | | SONYPC-704-9320REPA | 11/18/2010 | $4,770.00 | $4,770.00 |
| | | | SONYPC-704-9921 | 11/19/2010 | -$720.00 | -$720.00 |
| | | | SONYXBR-704-9680 | 11/19/2010 | -$20,841.50 | -$20,841.50 |
| | | | SONYXBR-704-9707 | 11/19/2010 | -$11,258.10 | -$11,258.10 |
| | | | SONYXBR-704-9997 | 11/19/2010 | -$104,260.00 | -$104,260.00 |
| | | | SONYXBR-PP-10201 | 11/19/2010 | -$193,426.71 | -$193,426.71 |
| | | | SP220-110210SON | 11/19/2010 | -$8,740.00 | -$8,740.00 |
| 38105 | 11/23/2010 | $19,983.15 | 1906222145 | 11/05/2010 | $15,125.00 | $14,973.75 |
| | | | 1906238831 | 11/08/2010 | $5,060.00 | $5,009.40 |
| 38106 | 11/23/2010 | $1,283,414.69 | 001-10367 | 11/22/2010 | -$32,500.00 | -$32,500.00 |
| | | | 001-10368 | 11/22/2010 | -$25,000.00 | -$25,000.00 |
| | | | 1906163863 | 10/26/2010 | $10,625.00 | $10,412.50 |
| | | | 1906163864 | 10/26/2010 | $59,833.91 | $58,637.23 |
| | | | 1906165210 | 10/26/2010 | $44,807.50 | $43,911.35 |
| | | | 1906165211 | 10/26/2010 | $81,243.75 | $79,618.87 |
| | | | 1906165212 | 10/26/2010 | $64,995.00 | $63,695.10 |
| | | | 1906169150 | 10/26/2010 | $6,679.50 | $6,545.91 |
| | | | 1906169151 | 10/26/2010 | $5,711.60 | $5,597.37 |
| | | | 1906169152 | 10/26/2010 | $1,595.76 | $1,563.84 |
| | | | 1906169153 | 10/26/2010 | $1,446.70 | $1,417.77 |
| | | | 1906169154 | 10/26/2010 | $1,057.95 | $1,036.79 |
| Check # | Clear Date | Check Amt | 1906169155 | 10/26/2010 | $203,205.00 | $199,140.90 |

| Check # | Clear Date | Check Amt | Invoice # | Inv Date | Inv Amt | Amt Paid |
|---|---|---|---|---|---|---|
| | | | 1906173174 | 10/27/2010 | $89,368.75 | $87,581.37 |
| | | | 1906173175 | 10/27/2010 | $65,473.67 | $64,164.20 |
| | | | 1906173176 | 10/27/2010 | $5,397.00 | $5,289.06 |
| | | | 1906173177 | 10/27/2010 | $45,301.48 | $44,395.45 |
| | | | 1906173178 | 10/27/2010 | $84,495.00 | $82,805.10 |
| | | | 1906175972 | 10/27/2010 | $940.42 | $921.61 |
| | | | 1906175973 | 10/27/2010 | $3,432.63 | $3,363.98 |
| | | | 1906175974 | 10/27/2010 | $3,911.28 | $3,833.05 |
| | | | 1906175975 | 10/27/2010 | $6,703.70 | $6,569.63 |
| | | | 1906175976 | 10/27/2010 | $6,172.80 | $6,049.34 |
| | | | 1906175977 | 10/27/2010 | $41,711.00 | $40,876.78 |
| | | | 1906175978 | 10/27/2010 | $447,980.00 | $439,020.40 |
| | | | 1906175979 | 10/27/2010 | $30,751.70 | $30,136.67 |
| | | | 1906181988 | 10/28/2010 | $239.26 | $234.47 |
| | | | 1906181989 | 10/28/2010 | $546.72 | $535.79 |
| | | | 1906189016 | 10/29/2010 | $2,325.30 | $2,278.79 |
| | | | 1906189017 | 10/29/2010 | $87,300.00 | $85,554.00 |
| | | | SONYDSC-704-10086 | 11/22/2010 | -$1,744.00 | -$1,744.00 |
| | | | SONYHA-704-9958 | 11/22/2010 | -$950.00 | -$950.00 |
| | | | SONYHA-PP-10203 | 11/22/2010 | -$1,422.63 | -$1,422.63 |
| | | | SONYXBR-704-10174 | 11/22/2010 | -$30,156.00 | -$30,156.00 |
| 38451 | 11/30/2010 | $4,954.95 | 1906271402 | 11/12/2010 | $5,005.00 | $4,954.95 |
| 38452 | 11/30/2010 | $286,460.68 | 1906204819 | 11/02/2010 | $6,027.60 | $5,907.05 |
| | | | 1906211015 | 11/03/2010 | $9,079.20 | $8,897.62 |
| | | | 1906213820 | 11/03/2010 | $11,999.50 | $11,759.51 |
| | | | 1906213821 | 11/03/2010 | $150,393.00 | $147,385.14 |
| | | | 1906213822 | 11/03/2010 | $14,477.70 | $14,188.15 |
| | | | 1906213823 | 11/03/2010 | $1,545.00 | $1,514.10 |
| | | | 1906213824 | 11/03/2010 | $797.88 | $781.92 |
| | | | 1906213825 | 11/03/2010 | $2,383.12 | $2,335.46 |
| | | | 1906213826 | 11/03/2010 | $9,842.70 | $9,645.85 |
| | | | 1906213827 | 11/03/2010 | $44,407.50 | $43,519.35 |
| | | | 1906213828 | 11/03/2010 | $14,802.50 | $14,506.45 |
| | | | 1906213829 | 11/03/2010 | $4,098.84 | $4,016.86 |
| | | | 1906217814 | 11/04/2010 | $192,997.00 | $189,137.06 |
| | | | 1906222140 | 11/04/2010 | $3,124.24 | $3,061.76 |
| | | | 1906222141 | 11/04/2010 | $87,300.00 | $85,554.00 |
| | | | 1906222142 | 11/04/2010 | $4,880.52 | $4,782.91 |
| | | | 1906222143 | 11/04/2010 | $9,778.20 | $9,582.64 |
| | | | 1906222144 | 11/04/2010 | $15,470.60 | $15,161.19 |
| | | | SONXBR-704-10158A | 11/29/2010 | -$9,687.75 | -$9,687.75 |
| | | | SONYDSC-704-10186 | 11/29/2010 | -$168.00 | -$168.00 |
| | | | SONYDSC-704-10188 | 11/29/2010 | -$784.00 | -$784.00 |
| | | | SONYDSC-704-10190 | 11/29/2010 | -$190.00 | -$190.00 |
| | | | SONYDSC-704-9646 | 11/29/2010 | -$16.00 | -$16.00 |
| | | | SONYDVC-704-10088 | 11/29/2010 | -$32.00 | -$32.00 |
| | | | SONYDVC-704-10192 | 11/29/2010 | -$342.00 | -$342.00 |
| | | | SONYTV-704-10159A | 11/29/2010 | -$260.00 | -$260.00 |
| | | | SONYTV-704-9944A | 11/29/2010 | -$26,924.30 | -$26,924.30 |
| Check # | Clear Date | Check Amt | SONYTV-704-9944B | 11/29/2010 | -$86,555.30 | -$86,555.30 |

| Check # | Clear Date | Check Amt | Invoice # | Inv Date | Inv Amt | Amt Paid |
|---|---|---|---|---|---|---|
| | | | SONYTV-704-9951A | 11/24/2010 | -$46,090.20 | -$26,695.84 |
| | | | SONYTV-704-9951B | 11/29/2010 | -$133,621.15 | -$133,621.15 |
| 39059 | 12/09/2010 | $70,760.25 | 1906344895 | 11/23/2010 | $8,175.00 | $8,093.25 |
| | | | 1906350334 | 11/24/2010 | $30,080.00 | $29,779.20 |
| | | | 1906355712 | 11/24/2010 | $8,175.00 | $8,093.25 |
| | | | 1906355713 | 11/24/2010 | $25,045.00 | $24,794.55 |
| 39061 | 12/09/2010 | $548,376.75 | 001-10372 | 12/08/2010 | -$6,299.30 | -$6,299.30 |
| | | | 001-10383 | 12/08/2010 | -$13,695.00 | -$13,695.00 |
| | | | 001-10384 | 12/08/2010 | -$60,001.87 | -$60,001.87 |
| | | | 001-10385 | 12/08/2010 | -$27,587.33 | -$27,587.33 |
| | | | 001-10386 | 12/08/2010 | -$7,460.00 | -$7,460.00 |
| | | | 001-10387 | 12/08/2010 | -$26,018.51 | -$26,018.51 |
| | | | 001-10388 | 12/08/2010 | -$19,218.14 | -$19,218.14 |
| | | | 001-10394 | 12/08/2010 | -$302,235.00 | -$302,235.00 |
| | | | 001-10395 | 12/06/2010 | -$1,762,719.85 | -$102,262.40 |
| | | | 001-10402 | 12/08/2010 | -$17,000.00 | -$17,000.00 |
| | | | 001-10403 | 12/08/2010 | -$4,004.00 | -$4,004.00 |
| | | | 001-10406 | 12/08/2010 | -$1,920.00 | -$1,920.00 |
| | | | 001-10412 | 12/08/2010 | -$3,867.33 | -$3,867.33 |
| | | | 1906260606 | 11/11/2010 | $76,879.25 | $75,341.66 |
| | | | 1906260607DM | 11/11/2010 | -$896.15 | -$878.23 |
| | | | 1906277254 | 11/13/2010 | $609,572.50 | $597,381.05 |
| | | | 1906277255 | 11/13/2010 | $386,089.50 | $378,367.71 |
| | | | 1906277256 | 11/13/2010 | $203,205.00 | $199,140.90 |
| | | | 1906277257 | 11/13/2010 | $744.40 | $729.51 |
| | | | 1906278593 | 11/13/2010 | $10,360.95 | $10,153.73 |
| | | | 1906278594 | 11/13/2010 | $3,911.28 | $3,833.05 |
| | | | 1906279934 | 11/14/2010 | $4,880.52 | $4,782.91 |
| | | | 1906279935 | 11/14/2010 | $11,783.00 | $11,547.34 |
| | | | SONREAD-704-10169 | 12/08/2010 | -$2,116.00 | -$2,116.00 |
| | | | SONREAD-704-10481 | 12/08/2010 | -$3,150.00 | -$3,150.00 |
| | | | SONXBR-704-10158B | 12/08/2010 | -$60,752.00 | -$60,752.00 |
| | | | SONYDSC-704-10187 | 12/08/2010 | -$1,880.00 | -$1,880.00 |
| | | | SONYDSC-704-10309 | 12/08/2010 | -$1,080.00 | -$1,080.00 |
| | | | SONYDSC-704-10310 | 12/08/2010 | -$416.00 | -$416.00 |
| | | | SONYDSC-704-10312 | 12/08/2010 | -$1,488.00 | -$1,488.00 |
| | | | SONYDSC-704-10421 | 12/08/2010 | -$48.00 | -$48.00 |
| | | | SONYDSC-704-10423 | 12/08/2010 | -$1,472.00 | -$1,472.00 |
| | | | SONYDSC-704-10520 | 12/08/2010 | -$1,800.00 | -$1,800.00 |
| | | | SONYDVC-704-10425 | 12/08/2010 | -$2,192.00 | -$2,192.00 |
| | | | SONYDVC-704-10525 | 12/08/2010 | -$900.00 | -$900.00 |
| | | | SONYHA-704-10150 | 12/08/2010 | -$2,827.50 | -$2,827.50 |
| | | | SONYHA-704-10248 | 12/08/2010 | -$1,050.00 | -$1,050.00 |
| | | | SONYHV-704-10172 | 12/08/2010 | -$26,812.50 | -$26,812.50 |
| | | | SONYHV-704-10245 | 12/08/2010 | -$287.00 | -$287.00 |
| | | | SONYHV-704-10247 | 12/08/2010 | -$362.00 | -$362.00 |
| | | | SP100-120110SONa | 12/08/2010 | -$1,850.00 | -$1,850.00 |
| | | | SP150-120110SON | 12/08/2010 | -$15,295.00 | -$15,295.00 |
| | | | SP220-120110SON | 12/08/2010 | -$14,576.00 | -$14,576.00 |
| Check # | Clear Date | Check Amt | SP500-120110SON | 12/08/2010 | -$100.00 | -$100.00 |

| Check # | Clear Date | Check Amt | Invoice # | Inv Date | Inv Amt | Amt Paid |
|---|---|---|---|---|---|---|
| 39311 | 12/14/2010 | $5,009.40 | 1906384684 | 11/29/2010 | $5,060.00 | $5,009.40 |
| 39312 | 12/14/2010 | $961,421.94 | 001-10423 | 12/13/2010 | -$83,510.00 | -$83,510.00 |
| | | | 001-10424 | 12/10/2010 | -$399,285.17 | -$57,526.75 |
| | | | 001-10425 | 12/13/2010 | -$366,383.10 | -$366,383.10 |
| | | | 1906289182 | 11/16/2010 | $123,593.50 | $121,121.63 |
| | | | 1906289183 | 11/16/2010 | $6,096.15 | $5,974.23 |
| | | | 1906290118 | 11/16/2010 | $501,916.35 | $491,878.02 |
| | | | 1906293491 | 11/16/2010 | $590,053.60 | $578,252.53 |
| | | | 1906299065 | 11/17/2010 | $8,098.70 | $7,936.73 |
| | | | 1906299066 | 11/17/2010 | $317,508.00 | $311,157.84 |
| | | | 1906299067 | 11/17/2010 | $87,300.00 | $85,554.00 |
| | | | 1906302615 | 11/17/2010 | $2,326.40 | $2,279.87 |
| | | | 1906302616 | 11/17/2010 | $3,831.00 | $3,754.38 |
| | | | 1906302617 | 11/17/2010 | $2,324.80 | $2,278.30 |
| | | | 1906302618 | 11/17/2010 | $3,487.20 | $3,417.46 |
| | | | 1906306614 | 11/18/2010 | $4,880.52 | $4,782.91 |
| | | | 1906306615 | 11/18/2010 | $7,414.50 | $7,266.21 |
| | | | 1906306616 | 11/18/2010 | $2,115.90 | $2,073.58 |
| | | | 1906306617 | 11/18/2010 | $4,144.38 | $4,061.49 |
| | | | 1906306618 | 11/18/2010 | $44,487.00 | $43,597.26 |
| | | | 1906306619 | 11/18/2010 | $44,807.50 | $43,911.35 |
| | | | 1906306619DM | 11/18/2010 | -$25,809.12 | -$25,292.94 |
| | | | 1906306620 | 11/18/2010 | $21,298.50 | $20,872.53 |
| | | | 1906308615 | 11/18/2010 | $872.40 | $854.95 |
| | | | 1906311330 | 11/18/2010 | $2,015.52 | $1,975.21 |
| | | | 1906311331 | 11/18/2010 | $3,486.80 | $3,417.06 |
| | | | 1906311332 | 11/18/2010 | $875.00 | $857.50 |
| | | | 1906315299 | 11/19/2010 | $116,727.58 | $114,393.03 |
| | | | 1906319035 | 11/19/2010 | $443.64 | $434.77 |
| | | | 1906319036 | 11/19/2010 | $1,655.90 | $1,622.78 |
| | | | SONXBR-704-10158C | 12/13/2010 | -$17,022.50 | -$17,022.50 |
| | | | SONXBR-704-10426B | 12/13/2010 | -$120,597.75 | -$120,597.75 |
| | | | SONYDSC-704-10311 | 12/13/2010 | -$216.00 | -$216.00 |
| | | | SONYHA-704-10392 | 12/13/2010 | -$154,666.06 | -$154,666.06 |
| | | | SONYHA-704-10422 | 12/13/2010 | -$59,752.08 | -$59,752.08 |
| | | | SONYHA-704-10441 | 12/13/2010 | -$15,732.50 | -$15,732.50 |
| | | | SONYHV-704-10454 | 12/13/2010 | -$1,344.00 | -$1,344.00 |
| | | | SONYTV-704-10159B | 12/13/2010 | -$260.00 | -$260.00 |
| 39950 | 12/23/2010 | $1,015,866.01 | 001-10428 | 12/15/2010 | -$253,858.67 | -$24,796.33 |
| | | | 001-10437 | 12/22/2010 | -$60,000.00 | -$60,000.00 |
| | | | 001-10438 | 12/22/2010 | -$60,000.00 | -$60,000.00 |
| | | | 001-10439 | 12/22/2010 | -$55,000.00 | -$55,000.00 |
| | | | 001-10440 | 12/22/2010 | -$95,000.00 | -$95,000.00 |
| | | | 001-10441 | 12/22/2010 | -$55,000.00 | -$55,000.00 |
| | | | 001-10442 | 12/22/2010 | -$50,000.00 | -$50,000.00 |
| | | | 001-10443 | 12/22/2010 | -$50,000.00 | -$50,000.00 |
| | | | 001-10444 | 12/22/2010 | -$75,000.00 | -$75,000.00 |
| | | | 001-10449 | 12/22/2010 | -$59,955.00 | -$59,955.00 |
| | | | 001-10450 | 12/22/2010 | -$362,666.17 | -$362,666.17 |
| Check # | Clear Date | Check Amt | 001-10451 | 12/22/2010 | -$58,898.10 | -$58,898.10 |

| Check # | Clear Date | Check Amt | Invoice # | Inv Date | Inv Amt | Amt Paid |
|---|---|---|---|---|---|---|
| | | | 1906277253 | 11/13/2010 | $4,702.88 | $4,608.82 |
| | | | 1906327120DM | 11/21/2010 | -$148.29 | -$145.32 |
| | | | 1906372349 | 11/27/2010 | $4,500.00 | $4,410.00 |
| | | | 1906372350 | 11/27/2010 | $1,696.60 | $1,662.67 |
| | | | 1906372351 | 11/27/2010 | $1,696.60 | $1,662.67 |
| | | | 1906372352 | 11/27/2010 | $4,067.10 | $3,985.76 |
| | | | 1906372353 | 11/27/2010 | $5,036.40 | $4,935.67 |
| | | | 1906372354 | 11/27/2010 | $1,206.53 | $1,182.40 |
| | | | 1906373920 | 11/27/2010 | $42,597.00 | $41,745.06 |
| | | | 1906373921 | 11/27/2010 | $35,518.36 | $34,807.99 |
| | | | 1906373922 | 11/27/2010 | $146,410.45 | $143,482.24 |
| | | | 1906373923 | 11/27/2010 | $71,692.00 | $70,258.16 |
| | | | 1906373924 | 11/27/2010 | $447,980.00 | $439,020.40 |
| | | | 1906373925 | 11/27/2010 | $365,103.70 | $357,801.63 |
| | | | 1906373926 | 11/27/2010 | $268,786.50 | $263,410.77 |
| | | | 1906373927 | 11/27/2010 | $82,876.30 | $81,218.77 |
| | | | 1906373928 | 11/27/2010 | $4,340.40 | $4,253.59 |
| | | | 1906373928DM | 11/27/2010 | -$87.00 | -$85.26 |
| | | | 1906376586 | 11/28/2010 | $44,487.00 | $43,597.26 |
| | | | 1906381072 | 11/29/2010 | $406,410.00 | $398,281.80 |
| | | | 1906384681 | 11/29/2010 | $1,678.80 | $1,645.22 |
| | | | 1906384682 | 11/29/2010 | $304,807.50 | $298,711.35 |
| | | | 1906384683 | 11/29/2010 | $304,807.50 | $298,711.35 |
| | | | 60831157 | 12/22/2010 | -$13,119.94 | -$13,119.94 |
| | | | SONDSC-704-10610A | 12/22/2010 | -$18,768.00 | -$18,768.00 |
| | | | SONREAD-704-10482 | 12/22/2010 | -$400.00 | -$400.00 |
| | | | SONREAD-704-1049 | 12/22/2010 | -$2,033.20 | -$2,033.20 |
| | | | SONYDSC-704-10610 | 12/22/2010 | -$13,744.00 | -$13,744.00 |
| | | | SONYDSC-704-10673 | 12/22/2010 | -$1,760.00 | -$1,760.00 |
| | | | SONYDSC-704-10674 | 12/22/2010 | -$584.00 | -$584.00 |
| | | | SONYDVC-704-10612 | 12/22/2010 | -$1,800.00 | -$1,800.00 |
| | | | SONYHA-704-10424 | 12/22/2010 | -$19,600.00 | -$19,600.00 |
| | | | SONYHA-704-10711 | 12/22/2010 | -$32,047.50 | -$32,047.50 |
| | | | SONYHV-704-10455 | 12/22/2010 | -$2,100.00 | -$2,100.00 |
| | | | SONYHV-704-10709 | 12/22/2010 | -$111,584.00 | -$111,584.00 |
| | | | SONYSDC-704-10611 | 12/22/2010 | -$3,520.00 | -$3,520.00 |
| | | | SONYTV-704-10426C | 12/22/2010 | -$77,554.75 | -$77,554.75 |
| | | | SONYTV-704-10426D | 12/22/2010 | -$120,097.25 | -$120,097.25 |
| | | | SONYTV-704-10474A | 12/22/2010 | -$9,197.50 | -$9,197.50 |
| | | | SONYTV-704-10661 | 12/22/2010 | -$42,071.25 | -$42,071.25 |
| | | | SONYTV-704-10666A | 12/22/2010 | -$7,000.00 | -$7,000.00 |
| 40037 | 12/28/2010 | $222.75 | 1906492269 | 12/10/2010 | $225.00 | $222.75 |
| 40038 | 12/28/2010 | $694,376.14 | 001-10455 | 12/27/2010 | -$206,190.00 | -$206,190.00 |
| | | | 001-10458 | 12/27/2010 | -$90,000.00 | -$90,000.00 |
| | | | 001-10459 | 12/27/2010 | -$631,347.11 | -$631,347.11 |
| | | | 001-10460 | 12/27/2010 | -$90,167.52 | -$90,167.52 |
| | | | 1906394195 | 11/30/2010 | $192,000.00 | $188,160.00 |
| | | | 1906394196 | 11/30/2010 | $2,991.69 | $2,931.86 |
| | | | 1906394197 | 11/30/2010 | $158,754.00 | $155,578.92 |
| Check # | Clear Date | Check Amt | 1906394198 | 11/30/2010 | $35,846.00 | $35,129.08 |

| Check # | Clear Date | Check Amt | Invoice # | Inv Date | Inv Amt | Amt Paid |
|---|---|---|---|---|---|---|
| | | | 1906399709 | 12/01/2010 | $2,249.28 | $2,204.29 |
| | | | 1906399712 | 12/01/2010 | $25,416.00 | $24,907.68 |
| | | | 1906399713 | 12/01/2010 | $3,761.20 | $3,685.98 |
| | | | 1906399714 | 12/01/2010 | $12,224.90 | $11,980.40 |
| | | | 1906416103 | 12/02/2010 | $9,198.00 | $9,014.04 |
| | | | 1906425071 | 12/02/2010 | $4,650.60 | $4,557.59 |
| | | | 1906425072 | 12/02/2010 | $64,080.74 | $62,799.13 |
| | | | 1906432444 | 12/03/2010 | $12,600.00 | $12,348.00 |
| | | | 1906435516 | 12/03/2010 | $2,218.20 | $2,173.84 |
| | | | 1906435517 | 12/03/2010 | $899.90 | $881.90 |
| | | | 1906435518 | 12/03/2010 | $537,575.50 | $526,823.99 |
| | | | 1906435519 | 12/03/2010 | $17,919.10 | $17,560.72 |
| | | | 1906435520 | 12/03/2010 | $79,042.40 | $77,461.55 |
| | | | 1906435521 | 12/03/2010 | $447,980.00 | $439,020.40 |
| | | | 1906435522 | 12/03/2010 | $223,990.00 | $219,510.20 |
| | | | 1906435523 | 12/03/2010 | $161,271.90 | $158,046.46 |
| | | | 1906443532 | 12/02/2010 | $4,821.90 | $4,725.46 |
| | | | SONYTV-704-10426E | 12/27/2010 | -$216,398.00 | -$216,398.00 |
| | | | SONYTV-704-10474B | 12/27/2010 | -$9,265.75 | -$9,265.75 |
| | | | SONYTV-704-10666B | 12/27/2010 | -$7,500.00 | -$7,500.00 |
| | | | SONYXBR-704-10551 | 12/27/2010 | -$5,115.00 | -$5,115.00 |
| | | | SONYXBR-704-10651 | 12/27/2010 | -$9,141.97 | -$9,141.97 |
| 40215 | 12/30/2010 | $42,993.22 | 1906570009 | 12/16/2010 | $43,427.50 | $42,993.22 |
| 40216 | 12/30/2010 | $1,451,229.89 | 1906439979 | 12/04/2010 | $149.95 | $146.95 |
| | | | 1906439980 | 12/04/2010 | $813.42 | $797.15 |
| | | | 1906442139 | 12/04/2010 | $158,754.00 | $155,578.92 |
| | | | 1906451182 | 12/06/2010 | $406,410.00 | $398,281.80 |
| | | | 1906451183 | 12/06/2010 | $63,947.10 | $62,668.16 |
| | | | 1906451184 | 12/06/2010 | $83,584.60 | $81,912.91 |
| | | | 1906451185 | 12/06/2010 | $110,493.00 | $108,283.14 |
| | | | 1906451186 | 12/06/2010 | $37,072.50 | $36,331.05 |
| | | | 1906451187 | 12/06/2010 | $44,807.50 | $43,911.35 |
| | | | 1906451188 | 12/06/2010 | $304,807.50 | $298,711.35 |
| | | | 1906451189 | 12/06/2010 | $304,807.50 | $298,711.35 |
| | | | 60860586 | 12/29/2010 | -$33,824.24 | -$33,824.24 |
| | | | SON-704-10482A | 12/29/2010 | -$280.00 | -$280.00 |
| 40363 | 01/04/2011 | $1,403,606.14 | 001-10468 | 01/03/2011 | -$2,180.40 | -$2,180.40 |
| | | | 001-10469 | 01/03/2011 | -$114,735.00 | -$114,735.00 |
| | | | 001-10470 | 01/03/2011 | -$773,121.44 | -$773,121.44 |
| | | | 001-10471 | 01/03/2011 | -$158,902.66 | -$158,902.66 |
| | | | 001-10473 | 01/03/2011 | -$866,254.36 | -$866,254.36 |
| | | | 1906453703 | 12/07/2010 | $13,498.02 | $13,228.06 |
| | | | 1906459292 | 12/07/2010 | $304,807.50 | $298,711.35 |
| | | | 1906459293 | 12/07/2010 | $304,807.50 | $298,711.35 |
| | | | 1906459294 | 12/07/2010 | $7,810.60 | $7,654.39 |
| | | | 1906471956 | 12/08/2010 | $7,099.50 | $6,957.51 |
| | | | 1906471957 | 12/08/2010 | $171,000.00 | $167,580.00 |
| | | | 1906471958 | 12/08/2010 | $1,678.80 | $1,645.22 |
| | | | 1906471959 | 12/08/2010 | $8,998.68 | $8,818.71 |
| Check # | Clear Date | Check Amt | 1906471960 | 12/08/2010 | $664.38 | $651.09 |

| Check # | Clear Date | Check Amt | Invoice # | Inv Date | Inv Amt | Amt Paid |
|---|---|---|---|---|---|---|
| | | | 1906471961 | 12/08/2010 | $442.92 | $434.06 |
| | | | 1906471962 | 12/08/2010 | $2,299.50 | $2,253.51 |
| | | | 1906471963 | 12/08/2010 | $414,538.20 | $406,247.44 |
| | | | 1906478310 | 12/09/2010 | $3,831.00 | $3,754.38 |
| | | | 1906478311 | 12/09/2010 | $537,575.50 | $526,823.99 |
| | | | 1906478312 | 12/09/2010 | $219,715.50 | $215,321.19 |
| | | | 1906478313 | 12/09/2010 | $188,917.26 | $185,138.91 |
| | | | 1906478314 | 12/09/2010 | $492,776.50 | $482,920.97 |
| | | | 1906478315 | 12/09/2010 | $79,042.40 | $77,461.55 |
| | | | 1906478316 | 12/09/2010 | $37,072.50 | $36,331.05 |
| | | | 1906480816 | 12/09/2010 | $5,036.40 | $4,935.67 |
| | | | 1906484434 | 12/09/2010 | $601,486.80 | $589,457.06 |
| | | | 1906484435 | 12/09/2010 | $1,017.96 | $997.60 |
| | | | 1906484436 | 12/09/2010 | $12,600.00 | $12,348.00 |
| | | | 1906492268 | 12/10/2010 | $5,036.40 | $4,935.67 |
| | | | 1906496092 | 12/10/2010 | $132,600.00 | $129,948.00 |
| | | | 1906496093 | 12/10/2010 | $129,990.00 | $127,390.20 |
| | | | 1906496094 | 12/10/2010 | $35,846.00 | $35,129.08 |
| | | | 1906496095 | 12/10/2010 | $155,578.92 | $152,467.34 |
| | | | 1906496096 | 12/10/2010 | $39,777.45 | $38,981.90 |
| | | | SONDSC-704-10610B | 01/03/2011 | -$21,544.00 | -$21,544.00 |
| | | | SONDSC-704-10611A | 01/03/2011 | -$2,800.00 | -$2,800.00 |
| | | | SONDSC-704-10673A | 01/03/2011 | -$2,320.00 | -$2,320.00 |
| | | | SONDSC-704-10674A | 01/03/2011 | -$2,368.00 | -$2,368.00 |
| | | | SONREAD-704-10641 | 01/03/2011 | -$624.00 | -$624.00 |
| | | | SONYDSC-704-10718 | 01/03/2011 | -$4,680.00 | -$4,680.00 |
| | | | SONYDVC-704-10720 | 01/03/2011 | -$17,220.00 | -$17,220.00 |
| | | | SONYHA-704-10685 | 01/03/2011 | -$8,527.50 | -$8,527.50 |
| | | | SONYHA-704-10686A | 01/03/2011 | -$9,825.00 | -$9,825.00 |
| | | | SONYHA-704-10713A | 01/03/2011 | -$1,172.50 | -$1,172.50 |
| | | | SONYHA-704-10760 | 01/03/2011 | -$6,855.00 | -$6,855.00 |
| | | | SONYHV-704-10457 | 01/03/2011 | -$378.00 | -$378.00 |
| | | | SONYHV-704-10684 | 01/03/2011 | -$62,992.00 | -$62,992.00 |
| | | | SONYHV-704-10712 | 01/03/2011 | -$679.00 | -$679.00 |
| | | | SONYHV-704-10759 | 01/03/2011 | -$50,269.50 | -$50,269.50 |
| | | | SONYTV-704-10426F | 01/03/2011 | -$264,992.00 | -$264,992.00 |
| | | | SONYTV-704-10474C | 01/03/2011 | -$7,055.75 | -$7,055.75 |
| | | | SONYTV-704-10474D | 01/03/2011 | -$12,558.00 | -$12,558.00 |
| | | | SONYTV-704-10666C | 01/03/2011 | -$4,500.00 | -$4,500.00 |
| | | | SP270-122910SON | 01/03/2011 | -$37,075.00 | -$37,075.00 |
| 40775 | 01/11/2011 | $2,423,241.88 | 001-10480 | 01/10/2011 | -$5,000.00 | -$5,000.00 |
| | | | 001-10482 | 01/10/2011 | -$33,000.00 | -$33,000.00 |
| | | | 001-10483 | 01/10/2011 | -$14,880.00 | -$14,880.00 |
| | | | 001-10485 | 01/10/2011 | -$60,915.00 | -$60,915.00 |
| | | | 001-10486 | 01/10/2011 | -$474,174.07 | -$474,174.07 |
| | | | 1906547450 | 12/14/2010 | $223,990.00 | $219,510.20 |
| | | | 1906547451 | 12/14/2010 | $335,985.00 | $329,265.30 |
| | | | 1906557943 | 12/15/2010 | $6,825.96 | $6,689.44 |
| | | | 1906557944 | 12/15/2010 | $4,550.64 | $4,459.63 |
| Check # | Clear Date | Check Amt | 1906557945 | 12/15/2010 | $111,995.00 | $109,755.10 |

| Check # | Clear Date | Check Amt | Invoice # | Inv Date | Inv Amt | Amt Paid |
|---|---|---|---|---|---|---|
| | | | 1906557946 | 12/15/2010 | $335,985.00 | $329,265.30 |
| | | | 1906557947 | 12/15/2010 | $111,995.00 | $109,755.10 |
| | | | 1906557948 | 12/15/2010 | $223,990.00 | $219,510.20 |
| | | | 1906557949 | 12/15/2010 | $141,113.70 | $138,291.43 |
| | | | 1906557950 | 12/15/2010 | $447,980.00 | $439,020.40 |
| | | | 1906557951 | 12/15/2010 | $223,990.00 | $219,510.20 |
| | | | 1906564894 | 12/16/2010 | $223,990.00 | $219,510.20 |
| | | | 1906564895 | 12/16/2010 | $223,990.00 | $219,510.20 |
| | | | 1906570006 | 12/16/2010 | $82,876.30 | $81,218.77 |
| | | | 1906570007 | 12/16/2010 | $447,980.00 | $439,020.40 |
| | | | 1906570008 | 12/16/2010 | $223,990.00 | $219,510.20 |
| | | | 1906576822 | 12/17/2010 | $7,298.00 | $7,152.04 |
| | | | 1906576823 | 12/17/2010 | $3,616.56 | $3,544.23 |
| | | | 1906576824 | 12/17/2010 | $768.24 | $752.88 |
| | | | SONDSC-704-10611B | 01/10/2011 | -$640.00 | -$640.00 |
| | | | SONREAD-704-10483 | 01/10/2011 | -$280.00 | -$280.00 |
| | | | SONYDSC-PP-10840 | 01/10/2011 | -$3,985.36 | -$3,985.36 |
| | | | SONYHA-704-10686B | 01/05/2011 | -$16,075.00 | -$5,121.91 |
| | | | SONYHA-704-10713B | 01/10/2011 | -$1,675.00 | -$1,675.00 |
| | | | SONYHA-704-10814 | 01/10/2011 | -$650.00 | -$650.00 |
| | | | SONYHA-704-10819 | 01/10/2011 | -$11,680.00 | -$11,680.00 |
| | | | SONYHV-704-010111 | 01/10/2011 | -$4,030.00 | -$4,030.00 |
| | | | SONYHV-704-10712A | 01/10/2011 | -$700.00 | -$700.00 |
| | | | SONYHV-704-10818 | 01/10/2011 | -$20,029.00 | -$20,029.00 |
| | | | SONYTV-704-10666D | 01/10/2011 | -$1,500.00 | -$1,500.00 |
| | | | SONYTV-704-10811A | 01/10/2011 | -$162,526.00 | -$162,526.00 |
| | | | SP100-010511SON | 01/10/2011 | -$12,315.00 | -$12,315.00 |
| | | | SP100-010511SONA | 01/10/2011 | -$4,350.00 | -$4,350.00 |
| | | | SP220-010511SON | 01/10/2011 | -$33,383.00 | -$33,383.00 |
| | | | SP270-010511SON | 01/10/2011 | -$39,945.00 | -$39,945.00 |
| | | | SP500-010511SON | 01/10/2011 | -$1,230.00 | -$1,230.00 |
| 40912 | 01/13/2011 | $5,057,248.66 | 001-10484 | 01/12/2011 | -$400.00 | -$400.00 |
| | | | 001-10492 | 01/12/2011 | -$741,138.45 | -$741,138.45 |
| | | | 1906592335 | 12/19/2010 | $2,325.30 | $2,278.79 |
| | | | 1906593929 | 12/19/2010 | $63,429.06 | $62,160.48 |
| | | | 1906593930 | 12/19/2010 | $311,792.84 | $305,556.98 |
| | | | 1906593931 | 12/19/2010 | $447,980.00 | $439,020.40 |
| | | | 1906593932 | 12/19/2010 | $291,187.00 | $285,363.26 |
| | | | 1906593933 | 12/19/2010 | $447,980.00 | $439,020.40 |
| | | | 1906593934 | 12/19/2010 | $291,187.00 | $285,363.26 |
| | | | 1906593935 | 12/19/2010 | $447,980.00 | $439,020.40 |
| | | | 1906593936 | 12/19/2010 | $291,187.00 | $285,363.26 |
| | | | 1906593937 | 12/19/2010 | $895,955.00 | $878,035.90 |
| | | | 1906593938 | 12/19/2010 | $82,427.86 | $80,779.30 |
| | | | 1906593939 | 12/19/2010 | $795,608.04 | $779,695.88 |
| | | | 1906593939DM | 12/19/2010 | -$43,005.84 | -$42,145.72 |
| | | | 1906593940 | 12/19/2010 | $182,774.82 | $179,119.32 |
| | | | 1906593941 | 12/19/2010 | $508,902.44 | $498,724.39 |
| | | | 1906596665 | 12/19/2010 | $166,854.00 | $163,516.92 |
| Check # | Clear Date | Check Amt | 1906596666 | 12/19/2010 | $13,229.20 | $12,964.62 |

| Check # | Clear Date | Check Amt | Invoice # | Inv Date | Inv Amt | Amt Paid |
|---|---|---|---|---|---|---|
| | | | 1906596667 | 12/19/2010 | $468,139.10 | $458,776.32 |
| | | | 1906596668 | 12/19/2010 | $7,234.00 | $7,089.32 |
| | | | 1906596669 | 12/19/2010 | $104,484.76 | $102,395.06 |
| | | | 1906596670 | 12/19/2010 | $37,350.48 | $36,603.47 |
| | | | 1906596671 | 12/19/2010 | $111,995.00 | $109,755.10 |
| | | | SONYDSC-704-10728 | 01/12/2011 | -$1,680.00 | -$1,680.00 |
| | | | SONYDSC-704-10781 | 01/12/2011 | -$3,360.00 | -$3,360.00 |
| | | | SONYHA-704-10687 | 01/12/2011 | -$1,850.00 | -$1,850.00 |
| | | | SONYTV-704-10552A | 01/12/2011 | -$130.00 | -$130.00 |
| | | | SP100-010511SONB | 01/12/2011 | -$2,650.00 | -$2,650.00 |
| 41105 | 01/18/2011 | $441,663.83 | 001-10481 | 01/12/2011 | -$1,440.00 | -$1,440.00 |
| | | | 1906598147 | 12/20/2010 | $324.71 | $318.22 |
| | | | 1906598148 | 12/20/2010 | $1,800.00 | $1,764.00 |
| | | | 1906598149 | 12/20/2010 | $1,800.00 | $1,764.00 |
| | | | 1906598150 | 12/20/2010 | $2,700.00 | $2,646.00 |
| | | | 1906598151 | 12/20/2010 | $1,846.72 | $1,809.79 |
| | | | 1906602383 | 12/20/2010 | $1,559.90 | $1,528.70 |
| | | | 1906602384 | 12/20/2010 | $1,625.25 | $1,592.74 |
| | | | 1906602385 | 12/20/2010 | $297.36 | $291.41 |
| | | | 1906602386 | 12/20/2010 | $179,191.00 | $175,607.18 |
| | | | 1906602387 | 12/20/2010 | $2,893.40 | $2,835.53 |
| | | | 1906602388 | 12/20/2010 | $248,628.90 | $243,656.32 |
| | | | 1906602389 | 12/20/2010 | $175.00 | $171.50 |
| | | | 1906602390 | 12/20/2010 | $7,810.60 | $7,654.39 |
| | | | 1906602391 | 12/20/2010 | $1,083.77 | $1,062.09 |
| | | | 1906602392 | 12/20/2010 | $410.16 | $401.96 |
| 41124 | 01/18/2011 | $1,522,176.17 | 1906609417 | 12/21/2010 | $2,085.75 | $2,044.03 |
| | | | 1906609418 | 12/21/2010 | $35,497.50 | $34,787.55 |
| | | | 1906609418DM | 12/21/2010 | -$709.95 | -$695.75 |
| | | | 1906609419 | 12/21/2010 | $21,298.50 | $20,872.53 |
| | | | 1906609420 | 12/21/2010 | $21,298.50 | $20,872.53 |
| | | | 1906609421 | 12/21/2010 | $4,067.10 | $3,985.76 |
| | | | 1906609422 | 12/21/2010 | $4,975.80 | $4,876.28 |
| | | | 1906609423 | 12/21/2010 | $2,411.04 | $2,362.82 |
| | | | 1906609424 | 12/21/2010 | $42,280.33 | $41,434.72 |
| | | | 1906609425 | 12/21/2010 | $638.00 | $625.24 |
| | | | 1906609426 | 12/21/2010 | $2,483.85 | $2,434.17 |
| | | | 1906609427 | 12/21/2010 | $7,234.00 | $7,089.32 |
| | | | 1906620903 | 12/22/2010 | $2,657.52 | $2,604.37 |
| | | | 1906622476 | 12/22/2010 | $5,500.20 | $5,390.20 |
| | | | 1906626653 | 12/22/2010 | $78,900.00 | $77,322.00 |
| | | | 1906626654 | 12/22/2010 | $3,761.20 | $3,685.98 |
| | | | 1906626655 | 12/22/2010 | $46,127.55 | $45,205.00 |
| | | | 1906626656 | 12/22/2010 | $21,775.50 | $21,339.99 |
| | | | 1906626657 | 12/22/2010 | $43,551.00 | $42,679.98 |
| | | | 1906626658 | 12/22/2010 | $63,195.10 | $61,931.20 |
| | | | 1906626659 | 12/22/2010 | $6,745.00 | $6,610.10 |
| | | | 1906626660 | 12/22/2010 | $9,600.00 | $9,408.00 |
| | | | 1906626661 | 12/22/2010 | $80,700.00 | $79,086.00 |
| Check # | Clear Date | Check Amt | 1906626662 | 12/22/2010 | $9,198.00 | $9,014.04 |

| Check # | Clear Date | Check Amt | Invoice # | Inv Date | Inv Amt | Amt Paid |
|---|---|---|---|---|---|---|
| | | | 1906626663 | 12/22/2010 | $21,089.90 | $20,668.10 |
| | | | 1906626664 | 12/22/2010 | $8,472.00 | $8,302.56 |
| | | | 1906626665 | 12/22/2010 | $81,282.00 | $79,656.36 |
| | | | 1906626666 | 12/22/2010 | $45,237.10 | $44,332.36 |
| | | | 1906626667 | 12/22/2010 | $29,898.20 | $29,300.24 |
| | | | 1906638640 | 12/23/2010 | $165,750.00 | $162,435.00 |
| | | | 1906638641 | 12/23/2010 | $129,990.00 | $127,390.20 |
| | | | 1906638642 | 12/23/2010 | $27,623.50 | $27,071.03 |
| | | | 1906638643 | 12/23/2010 | $55,247.00 | $54,142.06 |
| | | | 1906638644 | 12/23/2010 | $43,551.00 | $42,679.98 |
| | | | 1906638645 | 12/23/2010 | $21,775.50 | $21,339.99 |
| | | | 1906638646 | 12/23/2010 | $4,355.10 | $4,268.00 |
| | | | 1906638647 | 12/23/2010 | $26,698.50 | $26,164.53 |
| | | | 1906638648 | 12/23/2010 | $66,300.00 | $64,974.00 |
| | | | 1906638649 | 12/23/2010 | $129,990.00 | $127,390.20 |
| | | | 1906638650 | 12/23/2010 | $4,309.69 | $4,223.50 |
| | | | 1906638651 | 12/23/2010 | $46,410.00 | $45,481.80 |
| | | | 1906643535 | 12/24/2010 | $129,990.00 | $127,390.20 |
| 41271 | 01/21/2011 | $4,801.50 | 1906723012 | 01/07/2011 | $4,550.00 | $4,504.50 |
| | | | 1906751316 | 01/12/2011 | $300.00 | $297.00 |
| 41272 | 01/21/2011 | $2,444,479.56 | 1906648982 | 12/27/2010 | $82,869.75 | $81,212.35 |
| | | | 1906648983 | 12/27/2010 | $82,869.75 | $81,212.35 |
| | | | 1906648984 | 12/27/2010 | $55,246.50 | $54,141.57 |
| | | | 1906660458 | 12/28/2010 | $11,699.20 | $11,465.22 |
| | | | 1906660459 | 12/28/2010 | $87,256.90 | $85,511.76 |
| | | | 1906660460 | 12/28/2010 | $72,182.60 | $70,738.95 |
| | | | 1906660461 | 12/28/2010 | $35,598.00 | $34,886.04 |
| | | | 1906668550 | 12/29/2010 | $4,989.96 | $4,890.16 |
| | | | 1906668551 | 12/29/2010 | $43,551.00 | $42,679.98 |
| | | | 1906668552 | 12/29/2010 | $2,324.80 | $2,278.30 |
| | | | 1906668553 | 12/29/2010 | $68.36 | $66.99 |
| | | | 1906668554 | 12/29/2010 | $110,494.00 | $108,284.12 |
| | | | 1906668555 | 12/29/2010 | $14,466.38 | $14,177.05 |
| | | | 1906668556 | 12/29/2010 | $110,494.00 | $108,284.12 |
| | | | 1906673408 | 12/30/2010 | $124,791.60 | $122,295.77 |
| | | | 1906673409 | 12/30/2010 | $124,791.60 | $122,295.77 |
| | | | 1906673410 | 12/30/2010 | $496.84 | $486.90 |
| | | | 1906676815 | 12/30/2010 | $2,508.00 | $2,457.84 |
| | | | 1906682304 | 01/03/2011 | $618.00 | $605.64 |
| | | | 1906689835 | 01/04/2011 | $111.90 | $109.66 |
| | | | 1906693546 | 01/04/2011 | $1,846.68 | $1,809.75 |
| | | | 1906693547 | 01/04/2011 | $10,452.24 | $10,243.20 |
| | | | 1906703760 | 01/05/2011 | $1,241.00 | $1,216.18 |
| | | | 1906714382 | 01/06/2011 | $10,763.35 | $10,548.08 |
| | | | 1906720513 | 01/07/2011 | $6,180.00 | $6,056.40 |
| | | | 1906720514 | 01/07/2011 | $51,901.50 | $50,863.47 |
| | | | 1906720515 | 01/07/2011 | $72,000.00 | $70,560.00 |
| | | | 1906720516 | 01/07/2011 | $10,800.00 | $10,584.00 |
| | | | 1906720517 | 01/07/2011 | $185,512.90 | $181,802.64 |
| Check # | Clear Date | Check Amt | 1906720518 | 01/07/2011 | $14,952.00 | $14,652.96 |

| Check # | Clear Date | Check Amt | Invoice # | Inv Date | Inv Amt | Amt Paid |
|---|---|---|---|---|---|---|
| | | | 1906720519 | 01/07/2011 | $3,090.00 | $3,028.20 |
| | | | 1906720520 | 01/07/2011 | $24,720.00 | $24,225.60 |
| | | | 1906720521 | 01/07/2011 | $76,503.10 | $74,973.04 |
| | | | 1906723011 | 01/07/2011 | $510,000.00 | $499,800.00 |
| | | | 1906723013 | 01/07/2011 | $255,000.00 | $249,900.00 |
| | | | 1906723014 | 01/07/2011 | $255,000.00 | $249,900.00 |
| | | | 1906723015 | 01/07/2011 | $36,975.00 | $36,235.50 |
| TOTAL | | $23,936,212.71 | | | | $23,936,212.71 |